United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Docket Number: CR 08-0727-01 SI |
| JUAN CARLOS REVOLORIO-GARCIA | |

ORDER FOR MODIFIED CRIMINAL HISTORY REPORT

ON MOTION OF THE COURT, probation shall complete a Modified Presentence Report (Criminal History Only), to be disclosed pursuant to Local Rules.

Date: 12/30/08

Susan Illston
United States District Judge



# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

Yador J. Harrell
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7542
FAX: (415) 436-7114

December 23, 2008

**MEMORANDUM**

The Honorable Susan Illston
United States District Judge

RE: **Juan Carlos Revolorio-Garcia**
**Docket No. : CR 08-0727-01 SI**
**Request for Modified Presentence**
**Report (Criminal History Only)**

Your Honor:

On October 16, 2008, a one-count Indictment was filed in the Northern District of California, charging Juan Carlos Revolorio-Garcia with a violation of 8 U.S.C. § 1326 - Illegal Reentry by an Alien Following Deportation.

On December 2, 2008, the defendant pled guilty to the Indictment. The matter was referred to the United States Probation Office to complete a presentence investigation and report. Judgment and sentencing are set for February 6, 2009 at 11:00 a.m. before Your Honor.

Due to scheduling difficulties with this officer and defense counsel, we are not able to meet for a PSR interview. This officer respectfully requests that the probation office complete a modified report which includes the defendant's criminal history only. This officer has confirmed with the government and defense counsel who are in agreement given the defendant's Plea Agreement.

Attached is the order as outlined, should this meet with Your Honor's approval.

**The Honorable Susan Illston**  
**United States District Judge**  
**December 23, 2008**  
**Page 2**

RE:  Revolorio-Garcia, Juan  
Docket No. CR 08-0727-01 SI

---

If the court requires further information or clarification, please do not hesitate to contact me at 510-637-3591.

Respectfully Submitted,

Constance M. Cook  
United States Probation Officer

Charles W. Mabie  
United States Probation Officer Specialist

cc: Matthew L. McCarthy, AUSA  
    Rita B. Bosworth, AFPD